# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 9-08
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48; 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503-6800 | SEPTEMBER 02, 2014 |

☒ Judicial District   ☐ G.A.   At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): **NEW HAVEN**
☐ Housing Session   ☐ Number:

Case type code (See list on page 2): Major: **T**   Minor: **90**

For the Plaintiff(s) please enter the appearance of:

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
**Williams, Walsh & O'Connor, LLC, 37 Broadway, North Haven, CT 06473**

Juris number (to be entered by attorney only): **421162**

Telephone number (with area code): **(203) 234-6333**

Signature of Plaintiff (If self-represented)

Number of Plaintiffs: **3**   Number of Defendants: **4**   ☒ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party | |
|---|---|---|
| First Plaintiff | Name: Tobin, Todd<br>Address: 546 Circular Avenue, Hamden, CT 06514 | P-01 |
| Additional Plaintiff | Name: Tobin, Todd PPA Emma Tobin<br>Address: 546 Circular Avenue, Hamden, CT 06514 | P-02 |
| First Defendant | Name: US Airways Group, Inc.<br>Address: A/S: CT Corporation System, 2390 E Camelback Road, Phoenix, AZ 85016<br>A/S: CT Secretary of State, 30 Trinity Street, Hartford, CT 06106 | D-50 |
| Additional Defendant | Name: US Airways, LLC<br>Address: A/S: The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801<br>A/S: CT Secretary of State, 30 Trinity Street, Hartford, CT 06106 | D-51 |
| Additional Defendant | Name: US Airways, Inc.<br>Address: A/S: CT Corporation System, One Corporate Center, Hartford, CT 06103 | D-52 |
| Additional Defendant | Name: Piedmont Airlines, Inc.<br>Address: A/S: CT Corporation System, One Corporate Center, Hartford, CT 06103 | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left: **Kevin P. Walsh** | Date signed: **8/12/2014** |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only — File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
**J. DiSpazio, 37 Broadway, North Haven, CT 06473**

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date: **8/12/2014** | Docket Number |
|---|---|---|---|

(Page 1 of 2)

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2   Rev. 9-12

STATE OF CONNECTICUT
SUPERIOR COURT

First named Plaintiff *(Last, First, Middle Initial)*
Tobin, Todd

First named Defendant *(Last, First, Middle Initial)*
US Airways Group, Inc.

## Additional Plaintiffs

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Tobin, Sarah | 546 Circular Avenue, Hamden, CT 06514 | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

## Additional Defendants

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |

FOR COURT USE ONLY - File Date

12

13

14  Docket number

CIVIL SUMMONS-Continuation

| | | |
|---|---|---|
| RETURN DATE: 9/2/14 | : | SUPERIOR COURT |
| TODD TOBIN, PPA EMMA TOBIN, ET AL. | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| US AIRWAYS GROUP, INC. | : | AUGUST 12, 2014 |

## COMPLAINT

### PARTIES

1. At all times herein, the plaintiff, Todd Tobin, was and is a resident of the Town of Hamden, Connecticut and brings this action in his individual capacity and as parent and next friend of his minor child, Emma Tobin.

2. At all times herein, the plaintiff, Sarah Tobin, was and is a resident of the Town of Hamden, Connecticut and brings this action in her individual capacity and as parent and next friend of her minor child, Emma Tobin.

3. At all times herein, the minor plaintiff, Emma Tobin, was and is a resident of the Town of Hamden, Connecticut.

4. The plaintiffs, Todd Tobin and Sarah Tobin, were, and still remain, the legal guardians of their minor child, Emma Tobin.

5. At all times herein, the defendant, US Airways Group, Inc., an Arizona corporation owns/doing business as US Airways Express and US Airways, LLC, a Deleware corporation, having its principal place of business in Tempe, Arizona were conducting business in Connecticut. None of the above entities are registered to do

1

business in the State of Connecticut. (All above referred to collectively as "US Airways")

6. At all times mentioned herein, the defendant, Piedmont Airlines, Inc., was and is licensed to conduct business in the State of Connecticut.

7. At all times herein, the defendant, US Airways and Piedmont Airlines, Inc., regularly conducted business in the State of Connecticut and operated all US Airways operations at Tweed New Haven Airport.

8. Upon information and belief, as of August 19, 2013, air travel ticketed/booked through US Airways for travel from Tweed New Haven Airport was operated by US Airways' affiliate and wholly owned subsidiary, Piedmont Airlines, Inc. At all times mentioned herein, Piedmont Airlines, Inc. operated as a USA Airway affiliate airline.

9. At all times herein, Nathan Salas (Salas), was an adult resident of the State of California.

## FACTUAL ALLEGATIONS

10. On or about August 18, 2013, Salas purchased tickets on a US Airways flight and eventually traveled from Sacramento, California to New Haven, Connecticut.

11. Salas' intent was to travel from his home in Sacramento, California to New Haven, Connecticut to meet with, and bring back home with him, the minor plaintiff, Emma Tobin.

2

12. Salas did not have permission from Emma Tobin's legal guardians – the plaintiffs, Todd Tobin and Sarah Tobin – to take her from Connecticut to California; he did so anyway.

13. On or about the same day, Salas arrived in Connecticut and found Emma Tobin and convinced her to fly back to California with him.

14. On August 19, 2013, two tickets were purchased by Salas on US Airways; one for himself and the other for the minor plaintiff, Emma Tobin.

15. On that same day, Salas and Emma Tobin traveled on several US Airways flights and eventually landed in Sacramento, California.

16. Salas and Emma Tobin took the following flights to arrive in California:
    a. Flight 1: #4297. 6:59 a.m. from New Haven's Tweed Airport to Philadelphia, P.A.
    b. Flight 2: #655. 3:42 p.m. from Philadelphia, P.A. to Phoenix, A.Z.
    c. Flight 3: #671. 8:00 pm. from Phoenix, A.Z. to Sacramento, C.A.

17. Salas and Emma Tobin landed in Sacramento, California at approximately 9:57 p.m. (Pacific Time).

18. Upon arrival, law enforcement identified the two travelers. Salas was subsequently detained, arrested and charged with several crimes.

19. US Airways/Piedmont Airlines, Inc. facilitated the travel through which Salas abducted Emma Tobin from Connecticut. Salas possessed no legal authority to

WILLIAMS, WALSH & O'CONNOR, LLC
37 BROADWAY, FIRST FLOOR • NORTH HAVEN, CONNECTICUT 06473-2304
TELEPHONE: (203) 234-6333 • FACSIMILE: (203) 234-6330 • JURIS NO. 421162

transport Emma Tobin from Connecticut. In facilitating this transportation of Emma Tobin out of the state of Connecticut without her parents' consent, US Airways/Piedmont Airlines, Inc. violated legal duties and failed to comply with regulations and/or industry standards and practices amongst domestic carriers.

20. On August 19, 2013, when it arranged the travel at issue, US Airways/Piedmont Airlines, Inc. knew or should have known that Emma Tobin was only fourteen (14) years of age and that her parents would not be accompanying her. Nevertheless, US Airways/Piedmont Airlines, Inc. transported Emma Tobin, and thus facilitated Salas' abduction of her to California, which transportation of Emma Tobin was in violation of law, standards and regulations.

21. US Airways/Piedmont Airlines, Inc. also failed to use reasonable pre-embarkation safeguards (at three different times) to protect against the use of its services by a customer to abduct a child. In doing so, it also ignored significant flags that should have put it on notice of a potential child abduction.

22. Upon information and belief, Salas purchased the seats from US Airways/Piedmont Airlines, Inc. with little or no advance notice, and paid substantial sums for two seats at the US Airways/Piedmont Airlines, Inc. ticket counter.

23. Upon information and belief, the surnames on the identifications of Salas and Emma Tobin did not match. In addition, upon information and belief, Salas' identification

4

card indicated he was a California resident while Emma Tobin was a Connecticut resident.

24. Upon information and belief, US Airways/Piedmont Airlines, Inc. allowed Salas to purchase a ticket for Emma Tobin despite Tobin only possessing a Social Security Card – a particular identification card that does not have a photograph on it.

25. US Airways/Piedmont Airlines, Inc. knew or should have known of the dangers of letting unaccompanied minors fly. According to US Airways/Piedmont Airlines, Inc. permitting unaccompanied minors are only allowed to fly if an "Unaccompanied Minor Request for Carriage" form is filled out at the airport ticket counter on the day of departure. This form must remain with the child throughout the duration of the flight.

26. In addition, US Airways/Piedmont Airlines, Inc. requires guardians of unaccompanied minors to indicate whether the guardian will drop off or meet the unaccompanied minor prior to departure.

27. In addition, US Airways/Piedmont Airlines, Inc. requires the legal guardian of an unaccompanied minor to show a government-issued photo ID when picking up that minor.

28. Upon information and belief. US Airways/Piedmont Airlines, Inc. neglected to follow any of these above-referenced internal procedures which are in place, in part, to prevent the abduction of minor children.

WILLIAMS, WALSH & O'CONNOR, LLC
37 BROADWAY, FIRST FLOOR • NORTH HAVEN, CONNECTICUT 06473-2304
TELEPHONE: (203) 234-6333 • FACSIMILE: (203) 234-6330 • JURIS NO. 421162

29. After the incident complained of herein, Salas was subsequently charged with kidnapping and risk-of-injury to a minor.

30. U.S Airways/Piedmont Airlines, Inc. facilitated the unlawful travel of a minor child because it should have known that it lacked consent from her parents for the travel.

### FIRST COUNT (by Todd Tobin, PPA Emma Tobin): Negligence (against US Airways/Piedmont Airlines, Inc.)

1-30. The allegations contained in Paragraphs One through Thirty are realleged and incorporated by reference.

31. As a result of agreeing to transport and facilitate the transportation of Emma Tobin, US Airways/Piedmont Airlines, Inc. owed legal duties to Todd Tobin and Emma Tobin to exercise reasonable care to protect Emma Tobin from, among other things, being wrongfully removed from the State of Connecticut without consent of her custodial father.

32. The parents of Emma Tobin are foreseeable victims of domestic child abductions to air carriers that fly within the United States. The foreseeability of the abduction at issue here was heightened by the specific circumstances surrounding Salas' purchase of tickets from and presentation of documents to US Airways/Piedmont Airlines, Inc. . By facilitating travel for Emma Tobin without consent of her father, who did not accompany her, US Airways/Piedmont Airlines, Inc. beached the duties of care it owed to Todd Tobin. Its breaches in this regard constituted negligence.

6

33. The negligence of US Airways/Piedmont Airlines, Inc. caused, in a direct, reasonably foreseeable, and proximate manner, Emma Tobin to experience significant trauma anxiety, suffering harm and personal injury, and to suffer significant economic and other damages which is or may be permanent in nature for which US Airways/Piedmont Airlines, Inc. is liable.

## SECOND COUNT (by Todd and Sarah Tobin): Negligence (as against US Airways/Piedmont Airlines, Inc.)

1-33. The allegations contained in Paragraphs One through Thirty-Three of the First Count are realleged and incorporated by reference.

34. As a result of agreeing to transport and facilitate the transportation of Emma Tobin, US Airways/Piedmont Airlines, Inc. owed legal duties to Sarah Tobin and Emma Tobin to exercise reasonable care to protect Emma Tobin from, among other things, being wrongfully removed from the State of Connecticut without consent of her custodial mother.

35. The parents of Emma Tobin are foreseeable victims of domestic child abductions to air carriers that fly within the United States. The foreseeability of the abduction at issue here was heightened by the specific circumstances surrounding Salas' purchase of tickets from and presentation of documents to US Airways/Piedmont Airlines, Inc. By facilitating travel for Emma Tobin without consent of her mother,

WILLIAMS, WALSH & O'CONNOR, LLC
37 BROADWAY, FIRST FLOOR • NORTH HAVEN, CONNECTICUT 06473-2304
TELEPHONE: (203) 234-6333 • FACSIMILE: (203) 234-6330 • JURIS NO. 421162

who did not accompany her, US Airways/Piedmont Airlines, Inc. breached the duties of care it owed to Sarah Tobin. Its breaches in this regard constituted negligence.

36. The negligence of US Airways/Piedmont Airlines, Inc. caused, in a direct, reasonably foreseeable, and proximate manner, Sarah Tobin and Todd Tobin to experience significant trauma, anxiety, suffering harm and personal injury, which is or may be permanent in nature and to suffer significant economic and other damages for which US Airways/Piedmont Airlines, Inc. is liable.

## THIRD COUNT (by Todd and Sarah Tobin): Negligence for medical expenses, past and future

1-36. The allegations contained in Paragraphs One through Thirty-Six of the Second Count are realleged and incorporated by reference.

37. The plaintiffs, Todd and Sarah Tobin, expended great sums of money in their efforts to have their daughter, the minor plaintiff, Emma Tobin, returned to Connecticut.

38. In addition, as a result of the actions of the defendant, US Airways/Piedmont Airlines, Inc., the plaintiffs, Todd and Sarah Tobin, have and/or will continue to expend great sums of money for the medical care of the minor plaintiff, Emma Tobin.

## COUNT FOUR: (by Todd and Sarah Tobin): Negligent Infliction of Emotional Distress

1-36. The allegations contained in Paragraphs One through Thirty-Six of the Third Count are realleged and incorporated by reference.

8

37. The wrongful activities of US Airways/Piedmont Airlines, Inc., and the wrongful activities of Salas that it aided and abetted, were extreme and outrageous in this manner. The abduction of Emma Tobin was likely to cause, and foreseeably caused, Todd Tobin and Emma Tobin illness and injury, including significant trauma and emotional distress, with physical manifestations.

38. US Airways/Piedmont Airlines, Inc. enabled the abduction by transporting Emma Tobin to California without obtaining consent from the child's father or otherwise implementing reasonable safeguard against domestic child abductions, despite substantial flags that it should have alerted it to a problem. In doing so, US Airways/Piedmont Airlines, Inc. breached duties of care that it owed to Todd Tobin and Emma Tobin.

39. The wrongful retention of Emma Tobin outside of Connecticut constituted a wrong inflicted upon Todd and Sarah Tobin. For a period of time, Todd and Sarah Tobin remained in Connecticut and experienced and observed their daughter's absence therefrom, and thereafter were caused harm related to the ongoing care of Emma Tobin.

40. As a direct, reasonably foreseeable, and proximate result of the negligent wrongdoing by the defendants, Todd and Sarah Tobin suffered severe mental anguish and emotional distress which is or may be permanent in nature. The defendants are liable to Todd and Sarah Tobin for these damages.

9

WHEREFORE, The Plaintiffs claim:.

1. Damages

2. Punitive Damages

3. Attorney's fees

4. And such other relief, as the court, in equity, may provide.

THE PLAINTIFFS,

By: _____
Kevin P. Walsh, Esquire
Williams, Walsh & O'Connor, LLC
37 Broadway
North Haven, CT 06473
(203) 234-6333
Juris # 421162

RETURN DATE:    9/2/14                    :        SUPERIOR COURT

TODD TOBIN, PPA EMMA TOBIN, ET AL.        :        J.D. OF NEW HAVEN

VS.                                       :        AT NEW HAVEN

US AIRWAYS GROUP, INC.;
NATHAN SALAS                              :        AUGUST 12, 2014

## STATEMENT OF DEMAND

The Plaintiff claims money damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFFS,

BY: _____
KEVIN P. WALSH, ESQUIRE
Williams, Walsh & O'Connor, LLC
37 Broadway
North Haven, CT 06473
(203) 234-6333
Juris # 421162

11

## OFFICER'S RETURN

STATE OF CONNECTICUT
                                  ss:  Hartford                    August 20, 2014
COUNTY OF HARTFORD

Then and there by virtue hereof, I served the within named foreign corp. defendant, US **AIRWAYS GROUP INC.,** by leaving with the office of, Secretary of State, State of Connecticut, 30 Trinity Street, in the Town of Hartford, County of Hartford, two true and attested copies of the original, Writ, Summons, Complaint, Statement of Demand, pursuant to Section 33-929c of the Connecticut General Statutes, and paid the legal fee of $50.00.

And afterwards, on August 20, 2014, in the Town of Hartford, County of Hartford, I served the within named foreign limited liability company, **US AIRWAYS, LLC,** by leaving with the office of, Secretary of State, State of Connecticut, Agent For Service, 30 Trinity Street, in the Town of Hartford, County of Hartford, two true and attested copies of the original, Writ, Summons, Complaint, Statement of Demand pursuant to Section 34-225 of the Connecticut General Statutes, and paid the legal fee of $50.00.

And afterwards, on August 20, 2014, in the Town of Hartford, County of Hartford, I served the within named defendant, **US AIRWAYS, INC.,** by leaving with and in the hands of, Gary Scampinni, Manager, CT Corporation Systems Inc., Agent for Service, One Corporate Center Floor 14, in the Town of Hartford, County of Hartford, a true and attested copy of the original Writ, Summons, Complaint and Statement of Demand with my endorsement thereon.

And afterwards, on August 20, 2014, in the Town of Hartford, County of Hartford, I served the within named defendant, **PIEDMONT AIRLINES, INC.,** by leaving with and in the hands of, Gary Scampinni, Manager, CT Corporation Systems Inc., Agent for Service, One Corporate Center Floor 14, in the Town of Hartford, County of Hartford, a true and attested copy of the original Writ, Summons, Complaint and Statement of Demand with my endorsement thereon.

The within and foregoing is the original Writ, Summons, Complaint and Statement of Demand, with my doings hereon endorsed.

ATTEST:

TIMOTHY S. WALL
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
Service Fee   $   120.00
Copies              78.00
Endorsement          4.80
Travel              30.61
Sec. Of State      100.00
Total         $   333.41

SECRETARY OF THE STATE OF<br>
CONNECTICUT<br>
30 TRINITY STREET<br>
P.O. BOX 150470<br>
HARTFORD, CT 06115 - 0470

08/22/2014

TIMOTHY S. WALL
CT STATE MARSHAL,
PO BOX 297,
WALLINGFORD, CT 06492

RE: Acceptance of WRITS Filing    **THIS IS NOT A BILL**

This Letter is to confirm the acceptance of the following filing:

Type of Request:
WRIT CASE

Re: TOBIN, TODD, ET AL                V. US AIRWAYS GROUP, INC., ET AL

| | | | |
|---|---|---|---|
| Work Order Number | : 2014240426-001 | Case Number | : 0000232917 |
| Date Accepted | : 08/20/2014 | Time Accepted | : 01:00 PM |
| Payment Received | : $100.00 | Payment Deducted | : $100.00 |
| Credit on Account | : $0.00 | Customer ID | : 001726240 |

JOAN WEATHERFORD
Commercial Recording Division
860-509-6003
www.concord-sots.ct.gov

*Williams*

**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — See Back/Page 2

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date: **Sep-02-2014**
Docket number: **NNH-CV-14-6049282-S**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
TOBIN, TODD Et Al v. US AIRWAYS GROUP, INC. Et Al

[X] Judicial District   [ ] Housing Session   [ ] Small Claims   [ ] Geographic Area number ___

Address of Court: 235 CHURCH STREET NEW HAVEN, CT 06510

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party, or name of official, firm, professional corporation, or individual attorney:
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**

Juris number of attorney or firm: **412712**

Mailing Address: **1010 WASHINGTON BLVD 8TH FLOOR**
Post office box: 
Telephone number: **203-388-9100**

City/town: **STAMFORD**   State: **CT**   Zip code: **06901**
Fax number: **203-388-9101**
E-mail address: **Stephen.brown@wilsonelser.com**

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)
☐ The Plaintiff (includes the person suing another person).
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant (includes the person being sued or charged with a crime).
☐ The Defendant for the purpose of the bail hearing only (in criminal and motor vehicle cases only).
[X] All Defendants.
☐ The following Defendant(s) only: _____
☐ Other (Specify): _____
☐ This is a Family Matters case and my appearance is for: ("x" one or both)
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file (P.B. Sec. 3-8): _____ (Name and Juris Number)
2. ☐ This appearance is in addition to an appearance already on file.

I agree to accept papers (service) electronically in this case under Practice Book Section 10-13   [X] Yes   ☐ No

Signed (Individual attorney or self-represented party): ▶ **413936**
Name of person signing at left: **STEPHEN PATRICK BROWN**
Date signed: **Sep 03 2014**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) **Sep 03 2014** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to:
**WILLIAMS WALSH & O'CONNOR LLC - 37 BROADWAY/FIRST FLOOR/NORTH HAVEN, CT 06473**

For Court Use Only

Signed (Signature of filer): ▶ **413936**
Print or type name of person signing: **STEPHEN PATRICK BROWN**
Date signed: **Sep 03 2014**
Telephone number: **203-388-9100**

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

Continuation of JDCL12 Appearance Form for NNH-CV-14-6049282-S

Submitted By WILSON ELSER MOSKOWITZ EDELMAN & DICKER (412712)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-01 US AIRWAYS GROUP, INC.

Pty# D-02 US AIRWAYS, LLC

Pty# D-03 US AIRWAYS, INC.

Pty# D-04 PIEDMONT AIRLINES, INC.

***** End of Party List *****